IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RENAE JOHNSON,

       Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner, Social Security
Administration,

       Defendant.

3:15-CV-01982-BR

JUDGMENT

Based on the Court's Opinion and Order issued January 26, 2017, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

DATED this 27th day of January, 2017.

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT